CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Jose Manuel Chavez Zepeda

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:22-CR-064 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION TO FILE SECURED BOND |
| vs. | |
| JOSE MANUEL CHAVEZ ZEPEDA, | DATE:   April 8, 2022 |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney David Spencer, counsel for plaintiff United States of America, and attorney Clemente M. Jiménez, counsel for defendant Jose Manuel Chavez Zepeda, that the deadline to file documentation with the court of a $500,000 secured bond be extended to Wednesday, April 13, 2022.

On March 25, 2022, Defendant Jose Chavez Zepeda was ordered released on a $500,000 secured bond.  At that time, the Hon. Deborah Barnes established a deadline of April 8, 2022, for Mr. Chavez Zepeda to file verification of the secured bond with the court.  Given the need for Mr. Chavez Zepeda to provide additional information to the government, the parties do hereby stipulate and request that the court require Mr. Chavez Zepeda to file the necessary documentation by close of business on Wednesday, April 13, 2022.

| | | |
|---|---|---|
| DATED: | April 8, 2022 | /s/ Clemente M. Jiménez |
| | | CLEMENTE M. JIMÉNEZ |
| | | Attorney for JOSE MANUEL CHAVEZ ZEPEDA |
| | | |
| | | PHILLIP TALBERT |
| | | United States Attorney |
| DATED: | April 8, 2022 | By: /s/ David Spencer |
| | | DAVID SPENCER |
| | | Assistant United States Attorney |
| | | Attorney for Plaintiff |
| | | United States of America |

## ORDER

The Court having, received, read, and considered the parties' stipulation, and good cause appearing therefrom,

IT IS ORDERED that the Court adopts the parties' stipulation in its entirety as its Order. The deadline to file documentation with the court of the $500,000 secured bond shall be by close of business on Wednesday, April 13, 2022.

Dated: April 8, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE