PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE MANUEL CHAVEZ ZEPEDA, and<br>DENIS ZACARIAS PONCE CASTILLO<br><br>  Defendants. | CASE NO. 2:22-CR-0064-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: May 24, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.  By previous order, this matter was set for status on May 24, 2022.

2.  By this stipulation, defendants now move to continue the status conference until June 21, 2022, at 9:30 a.m., and to exclude time between May 24, 2022, and June 21, 2022, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes more than 2,400 pages of investigative reports, photographs, phone toll records, and other materials. All of this discovery has been produced directly to counsel. In addition, the government has made available for review more than 2,900 pages of additional materials, as well as video and audio recordings. The government is willing to produce this material directly to counsel subject to an appropriate protective order, which the parties are discussing.

b)   Counsel for defendants desire additional time to review the discovery, to negotiate the terms of a protective order with the government, to review the charges and potential responses with their clients, to conduct factual investigation and legal research, and to otherwise prepare for trial.

c)   Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)   The government does not object to the continuance.

e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 24, 2022 to June 21, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 19, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  May 19, 2022              /s/ Clemente Jimenez
                                  Clemente Jimenez
                                  Counsel for Defendant
                                  JOSE MANUEL CHAVEZ ZEPEDA

Dated:  May 19, 2022              /s/ Etan Zaitsu
                                  Etan Zaitsu
                                  Counsel for Defendant
                                  DENIS ZACARIAS PONCE
                                  CASTILLO

## ORDER

IT IS SO FOUND AND ORDERED this 19th day of May, 2022.

                                  /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE