PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE MANUEL CHAVEZ ZEPEDA, and<br>DENIS ZACARIAS PONCE CASTILLO<br><br>　　　　　　　　Defendants. | CASE NO. 2:22-CR-0064-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 21, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.　By previous order, this matter was set for status on June 21, 2022.

2.　By this stipulation, defendants now move to continue the status conference until September 20, 2022, at 9:30 a.m., and to exclude time between June 21, 2022, and September 20, 2022, under Local Code T4.

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　The government has represented that the discovery associated with this case includes more than 5,300 pages of investigative reports, photographs, phone toll records, and other materials, as well as video and audio recordings. More than 2,400 pages of this discovery has been produced directly to counsel. In addition, the parties recently reached agreement on a stipulated protective order. Upon entry of that order, the government will produce the remaining materials (more than 2,900 pages) to counsel subject to the protective order; the government has

made those materials available for review by defense counsel while the parties were discussing the protective order.

        b)    Counsel for defendants desire additional time to review the discovery, to review the charges and potential responses to the charges with their clients, to conduct factual investigation and legal research, and to otherwise prepare for trial.

        c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)    The government does not object to the continuance.

        e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 21, 2022 to September 20, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 16, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  June 16, 2022                          /s/ Clemente Jimenez
                                               Clemente Jimenez
                                               Counsel for Defendant
                                               JOSE MANUEL CHAVEZ ZEPEDA

Dated:  June 16, 2022                          /s/ Etan Zaitsu
                                               Etan Zaitsu
                                               Counsel for Defendant
                                               DENIS ZACARIAS PONCE
                                               CASTILLO

## ORDER

IT IS SO FOUND AND ORDERED this 16th day of June, 2022.

                                               /s/ John A. Mendez
                                               THE HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE

PERIODS UNDER SPEEDY TRIAL ACT                        3