MICHELE BECKWITH
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00064-JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| v. | |
| JOSE MANUEL CHAVEZ ZEPEDA, and DENIS ZACARIAS PONCE CASTILLO | DATE: February 11, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1.   By previous order, this matter was set for status on February 11, 2025.

2.   By this stipulation, defendants now move to continue the status conference until **April 08, 2025**, **at 09:00 a.m.**, and to exclude time between February 11, 2025, and April 08, 2025, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

    a)   The government has represented that the discovery associated with this case includes more than 5,300 pages of investigative reports, photographs, phone toll records, and other materials, as well as video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) On August 29, 2024, attorney Shari Rusk was appointed as new counsel of record for defendant Denis Zacarias Ponce Castillo.

  c) On October 4, 2024, the Court signed an order substituting N. Allen Sawyer as new counsel for defendant Jose Manuel Chavez Zepeda.

  d) Counsel for defendants desire additional time to review the discovery, to review the charges and potential responses to the charges with their clients, to conduct factual investigation and legal research, and to otherwise prepare for trial.

  e) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  f) The government does not object to the continuance.

  g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 11, 2025 to April 08, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: February 4, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: February 4, 2025

/s/ N. Allen Sawyer
N. Allen Sawyer
Counsel for Defendant
JOSE MANUEL CHAVEZ ZEPEDA

Dated: February 4, 2025

/s/ Shari Rusk
Shari Rusk
Counsel for Defendant
DENIS ZACARIAS PONCE CASTILLO

## ORDER

IT IS SO ORDERED.

Dated: February 04, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE